**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PAMI SOLSTICE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 06 C 4798** |
| | ) | |
| **OBERON DEVELOPMENT CO.** | ) | **Honorable James F. Holderman** |
| | ) | |
| **Defendant.** | ) | |

# EXHIBIT 1 TO ORDER CONFIRMING SALE

**Theodore E. Harman (#6202346)**
**UNGARETTI & HARRIS LLP**
**3500 Three First National Plaza**
**Chicago, Illinois 60602**
**312.977.4400**
**312.977.4405 (Facsimile)**

**SPECIAL COMMISSIONER'S DEED**
**(Judicial Sale)**

**Special Commissioner's Sale Dated June 23, 2009**

**THE GRANTOR, Gerald Nordgren, Special Commissioner for the United States District Court for the Northern District of Illinois (the "Court"), pursuant to and under the authority Conferred by the provisions of a Judgment Of Foreclosure and Sale entered by the Court, on October 31, 2006, in Case No. 06 C 4798, entitled**

PAMI SOLSTICE LLC v. OBERON DEVELOPMENT COMPANY,

and pursuant to which the Real Estate and Personalty hereinafter described was sold at public sale by said Grantor on June 23, 2009, prior to which all noticed required by said Judgment and the law were duly given, and from which sale no redemption has been made as provided by statute, hereby conveys to IL Hanover Senior Living LLC, the holder of the Certificate of Sale, the following described Real Estate and Personalty situated in the State of Illinois, to have and hold forever:

**SEE EXHIBIT A FOR LEGAL DESCRIPTION AND TAX ID NOS. OF REAL ESTATE.**

**Commonly known as:** Hanover Senior Living Facility, located at 16901 Harlem Avenue, Tinley Park, IL 60477.

This Deed and conveyance contains, and is subject to, the Declaration of Covenants attached hereto as Exhibit B.

Dated this date ______________________, 20__.

**GERALD NORDGREN**
**SPECIAL COMMISSIONER**

______________________________

**STATE OF ILLINOIS )**
**) ss**
**COOK OF COOK )**

I, THE UNDERSIGNED, a Notary Public in and for said County, in the state aforesaid, DO HEREBY CERTIFY that ____________________________, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed, and delivered the said instrument as his free and voluntary act for the uses and purposes therein set forth.

Given under my hand and official seal this ____________________, 20____.

______________________________
Notary Seal

**EXHIBIT A**

**Legal Description of the Property**

LOTS 7, 8 AND 9 IN BLOCK 4, LOT 12 IN BLOCK 9 AND THAT PART VACATED 169TH STREET PER DOCUMENT NO. 99705083 LYING NORTH OF AND ADJACENT TO SAID LOT 12 AND SOUTH OF AND ADJACENT TO SAID LOT 7, ALL BEING SITUATED IN ELMORE'S OAK PART AVENUE ESTATES, BEING A SUBDIVISION OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION 30, TOWNSHIP 36 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN (EXCEPT THE DRAINAGE DITCH CONVEYED BY DOCUMENT 337150) AS PER PLAT RECORDED APRIL 25, 1929 AS DOCUMENTS NO. 10351098 AND ALSO EXCEPTING ALL THAT PART THEREOF FALLING IN THE RIGHT OF WAY OF HARLEM AVENUE, ALL IN COOK COUNTY, ILLINOIS.

169TH AND HARLEM, TINLEY PARK, ILLINOIS

16901 HARLEM AVENUE, TINLEY PARK, IL 60477

**EXHIBIT B**

**Declaration of Covenants**

**THIS DECLARATION OF COVENANTS** ("Declaration"), made and entered into as of the date of the deed to which this Declaration is an exhibit by Oberon Development Co. by and through the Special Commissioner or other judicial officer appointed to issue this foreclosure deed ("Declarant") and PAMI SOLSTICE LLC ("Mortgagee"), constitutes part of the foreclosure deed to which it is appended.

**RECITALS:**

Declarant is the owner of, or the Special Commissioner or other officer appointed by the United States District Court of the Northern District of Illinois (the "Court") in the action entitled *PAMI Solstice LLC v. Oberon Development Co.*, Case No. 06 C 4798 (the "Action") to sell at a judicial sale is selling, certain property ("Property") located at 16901 Harlem Avenue, Tinley Park, IL 60477. The Property is more particularly described in the legal description attached to the Deed of which this Exhibit is a part as Exhibit A.

On or about June 28, 2006, the United States Department of Housing and Urban Development ("HUD") sold a mortgage ("Mortgage") secured by the Property and the related mortgage note ("Note") in the Multifamily and Healthcare Loan Sale **2006-1** of HUD-held, unsubsidized multifamily and healthcare mortgages. At the time HUD offered the Mortgage for sale, the Mortgage was delinquent. Accordingly, the sale of the Mortgage was subject to the provisions of 24 C.F.R. §290.39 ("Regulations") regarding non-discrimination in admitting certificate and voucher holders.

To assure compliance with the requirements of the Regulations, and pursuant to Section 8.04B of the Loan Sale Agreement dated as of September 13, 2005 between HUD and Mortgagee, governing the sale, transfer and assignment of the Mortgage from HUD to Mortgagee, Mortgagee agreed that it would comply with the Regulations, including the requirement that a covenant be recorded in the event of any loan restructuring or final compromise of the debt evidenced by the Mortgage as set forth below.

As part of the consideration for any amendment, modification, supplemental agreement or extension of the loan (the "Loan Restructuring") or final compromise of the debt secured by the Prior Mortgage, each of Declarant and Mortgagee has agreed to record the following covenants.

**NOW THEREFORE**, in consideration of the above Recitals, which are made a part hereof, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Declarant hereby declares, covenants and agrees as follows:

1. Declarant, its successors and assigns, and any transferee of title to the Property, its successors and assigns, shall not unreasonably refuse to lease a dwelling unit offered for rent, offer to sell cooperative stock, or otherwise discriminate in the terms of tenancy or cooperative purchase and sale because any existing or

prospective tenant or purchaser is a certificate or voucher holder, as defined in Part 982 of Title 24 of the Code of Federal Regulations, and successor regulations. Any certificate or voucher holder or a public housing authority on behalf of certificate or voucher holders shall have the right to seek judicial enforcement of this non-discrimination covenant in state or federal court.

2. Declarant, its successors and assigns, and any transferee of title to the Property, its successors and assigns, will, each at their own cost and expense, do, execute, acknowledge and deliver all and every such further acts and assurances as may be necessary at such time and from time to time in order to better assure or confirm the obligations and agreements under this Declaration.

3. Mortgagee and its successors or assigns hereby acknowledge that the Mortgage is subordinate to this Declaration.

4. The provisions of this Declaration are severable and the invalidity of one or more of the provisions shall not affect the validity or enforceability of any other provisions.

5. The terms, conditions and provisions of this Declaration shall be deemed covenants running with the land and any transferee of title to the Property, its successors and assigns and its heirs, personal representatives, successors and assigns shall be bound jointly and severally hereby.

6. This Declaration of Covenants shall expire on the date that is the same as the maturity date of the Note in effect on the date HUD sold the Mortgage to the Mortgagee, namely, December 1, 2044.

The signatures of Declarant on this Deed applies to this Declaration of Covenants.